**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                     Case No. 07-cr-26-PB

<u>John Nadolny</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the April 3, 2007 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 3, 2007 to May 1, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 26, 2007 final pretrial conference is continued to April 16, 2007 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 23, 2007

cc: Bjorn Lange, Esq.
    Robert Kinsella, AUSA
    United States Probation
    United States Marshal