Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                                      Crim. No. 07-CR-26-01-PB

John Nadolny

On September 24, 2007 the above named was placed on probation for a period of two years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that John Nadolny be discharged from probation.

Respectfully submitted,

Matthew J. DiCarlo  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 12th day of January, 2009.

Paul J. Barbadoro  
U.S. District Judge